## CONSENT TO JOIN COLLECTIVE ACTION TO RECOVER UNPAID WAGES

**BY SIGNING BELOW I,** _Kellie Shea_ **, WISH TO PARTICIPATE IN THIS LAWSUIT TO RECOVER ANY UNPAID WAGES THAT MAY BE OWED TO ME UNDER THE FAIR LABOR STANDARDS ACT AGAINST** _Louies Seafood Rest._ **AND ANY AFFILIATED ENTITIES AND OWNERS OF THIS COMPANY.**

I hereby appoint Jeffrey Brown of the law firm Leeds Brown Law, P.C., One Old Country Road, Suite 347, Carle Place, NY , 11514-1851, telephone (516) 873-9550.

**Name (print)** : _Kellie Shea_

**Address** : [redacted]

**City** : [redacted]

**Signature** : _Kellie Shea_     **Date:** _5/7/13_