UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MICHAEL SPAGNUOLI, KELLIE SHEA, and JOSEPH VESELAK, individually and on behalf of all other persons similarly situated,

Plaintiffs,

-against-

LOUIE'S SEAFOOD RESTAURANT, LLC and/or any other entities affiliated with, controlling, or controlled by LOUIE'S SEAFOOD RESTAURANT, LLC; MARTIN PICONE; and MICHAEL GUINNANE,

Defendants.

Index No.: 13-CV-4907 (ADS) (ARL)

STIPULATION AND ORDER

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the parties:

1. The statute of limitations for any claims brought under the Fair Labor Standards Act and New York Labor Law by the following individuals is tolled for the period described herein:

    a. Kellie Shea – tolled from May 7, 2013;

    b. Michael Spagnoli – tolled from May 24, 2013;

    c. Joe Veselak – tolled from May 24, 2013; and

    d. Jackson Weber – tolled from June 27, 2013.

2. Any copy of this stipulation, whether faxed, email or photocopied, shall be deemed an original.

Dated: Carle Place, New York
August 2, 2013

By: _____
Laura M. Dilimetin
**MORICI & MORICI, LLP**
1399 Franklin Avenue
Garden City, NY 11530
516.873.1902

*Attorneys for Louie's Seafood
Restaurant LLC; related entities;
Martin Picone; Michael Guinnane;
and related entities*

By: _____
Jeffrey Brown
**LEEDS BROWN LAW, P.C.**
1 Old Country Road, Suite 347
Carle Place, NY 11514
(516) 873-9550

*Attorneys for Kellie Shea, Michael Spagnoli,
Joe Vesalak & Jackson Weber*

SO ORDERED: