UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MICHAEL SPAGNUOLI, KELLIE SHEA, and JOSEPH VESELAK, individually and on behalf of all other persons similarly situated,

          Plaintiffs,

-against-

LOUIE'S SEAFOOD RESTAURANT, LLC and/or any other entities affiliated with, controlling, or controlled by LOUIE'S SEAFOOD RESTAURANT, LLC; MARTIN PICONE; and MICHAEL GUINNANE,

          Defendants.

Index No.: 13-CV-4907 (ADS) (ARL)

STIPULATION AND ORDER

FILED
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 12 2013 ★
LONG ISLAND OFFICE

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties:

1. The statute of limitations for any claims brought under the Fair Labor Standards Act and New York Labor Law by the following individuals is tolled for the period described herein:

  a. Kellie Shea – tolled from May 7, 2013;

  b. Michael Spagnoli – tolled from May 24, 2013;

  c. Joe Veselak – tolled from May 24, 2013; and

  d. Jackson Weber – tolled from June 27, 2013.

2. Any copy of this stipulation, whether faxed, email or photocopied, shall be deemed an original.

Dated: Carle Place, New York
August 2, 2013

By: _____
Laura M. Dilimetin
**MORICI & MORICI, LLP**
1399 Franklin Avenue
Garden City, NY 11530
516.873.1902

*Attorneys for Louie's Seafood Restaurant LLC; related entities; Martin Picone; Michael Guinnane; and related entities*

By: _____
Jeffrey Brown
**LEEDS BROWN LAW, P.C.**
1 Old Country Road, Suite 347
Carle Place, NY 11514
(516) 873-9550

*Attorneys for Kellie Shea, Michael Spagnoli, Joe Vesalak & Jackson Weber*

SO ORDERED: /s/ Arthur D. Spatt
_____ 9/12/13
ARTHUR D. SPATT, U.S.D.J.