UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SPAGNUOLI, KELLIE SHEA, and JOSEPH VESELAK, individually and on behalf of all other persons similarly situated, <br><br> Plaintiffs, <br><br> -against- <br><br> LOUIE'S SEAFOOD RESTAURANT, LLC and/or any other entities affiliated with, controlling, or controlled by LOUIE'S SEAFOOD RESTAURANT, LLC, and/or MARTIN PICONE and MICHAEL GUINNANE, <br><br> Defendants. | Case No.: 13-cv-4907 (JMA)(ARL) <br><br> NOTICE OF MOTION |

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of the Collective and Class Action Settlement, the Declaration of Lloyd R. Ambinder, Esq., and the annexed exhibits, the undersigned will move this Court before United States Joan M. Azrack, at 814 Federal Plaza, Central Islip, New York 11722 on a return date set by the Court, to preliminarily approve the class and collective action settlement.

Dated: December 16, 2016
       New York, New York

VIRGINIA & AMBINDER, LLP

_s/Lloyd R. Ambinder, Esq._
Lloyd R. Ambinder, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
lambinder@vandallp.com
T:   (212) 943-9080
F:   (212) 943-9082

*Counsel for Plaintiffs and the Putative Class*