# Virginia & Ambinder, LLP

**Invoice submitted to:**

40 Broad Street
7th Floor
New York, NY 10004

October 12, 2017

Invoice #13954

Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 6/22/2015 | LML | reviewed file and pleadings; reviewed d's motion to dismiss; Telephone conference with MT re state court action and COA for notice re reduced min wage; reviewed case law re same; office conf with AS re researching issue | 4.00 | |
| 6/23/2015 | LML | reviewed file and case law on 146-2.2 claim; emails and Telephone conference with team re same and amending complaint and state v. federal actions; office conf with LA re same | 5.30 | |
| 6/24/2015 | LML | prepared for court conf; reviewed file; Telephone conference with MT re case status and strategy; office conf with LA re same | 5.00 | |
| 6/25/2015 | LRA | Litigation strategy: reviewed entire case file, (NY and Nassau). Multiple office conferences with LL and calls with JB Mt re strategy | 1.70 | |
| | LML | Court Appearance. prepared for and attended court conf in Islip; debrief with LA; note to file | 5.50 | |
| 6/26/2015 | LRA | Court Appearance Telephone conference with conf with D's counsel and later with LL | 0.30 | |
| | LRA | Court Appearance: post court conference with JB and LL re 216b and 196d. Reviewed tip sharing notification (Chen) decision, statute | 1.00 | |
| 6/30/2015 | LML | reviewed file; emails with MT re discovery and copies of d's docs; office conf with Prya re cataloguing docs and organizing file | 1.00 | |
| 7/1/2015 | CI | Attended office conference with PD re locating documents; cataloging documents | 0.20 | |
| | CI | assisted PD in organizing files in Winword | 0.20 | |
| | LML | drafting stips re tolling of SOL on FLSA claims and adjourning motion to dismiss in state court action; multi emails with d's re same; reviewed file; emails with MT re status and strategy | 2.30 | |
| 7/2/2015 | CI | assisted PD with questions re how to catalog types of docs | 0.20 | |
| 7/3/2015 | LML | reviewed d's opp to motion to extend time for class cert; emails with team re reply and opp to d's motion to dismiss; reviewed file | 2.00 | |
| 7/6/2015 | NM | Conference with LL, re reply to opposition to motion to extend time for class cert., drafting reply | 3.90 | |
| | CI | assisted PD in organization of docs for cataloging | 0.20 | |
| | LML | Telephone conference with MTompkins re case status and strategy; emails with ds re complaint; office conf with NM re opp to motion to dismiss and reply on motion to extend class cert time; reviewed d's papers and reviewed file; drafted tolling letter to court and e-filed | 1.30 | |
| 7/7/2015 | NM | Drafting reply to opposition to motion to extend, conference with LL, performed legal research re: Labor Law 196-d, CPLR 3211(a)(4), and CPLR 2004 | 5.00 | |
| | LML | office conf with NM re reply on motion to extend class cert time and opp to d's motion to dismiss; emails with PD re Donovan's docs; reviewed docs; Telephone conference with d's re sett and case status and docs | 1.10 | |

|            |     |                                                                                                                                                                                             | Hours | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
|            |     | with tip allocations                                                                                                                                                                        |       |        |
| 7/8/2015   | NM  | Drafting reply to opposition to motion to extend time to file for class certification                                                                                                       | 3.50  |        |
| 7/9/2015   | LML | reviewed/revised reply to motion to extend time for class cert; emails with d's re same; reviewed file                                                                                      | 1.50  |        |
| 7/10/2015  | NM  | Reviewing draft of reply in furtherance of motion to extend time to file for class certification, editing reply, drafting TOC-TOA,finalized and filed motion, conference with EC re: submitting hard copies of reply | 2.70  |        |
|            | NM  | Reviewed motion to dismiss                                                                                                                                                                  | 0.20  |        |
|            | LML | finalized reply on motion to extend class cert time; office conf with NM re filing same; reviewed d's docs; office conf with PD re cataloguing docs                                         | 1.50  |        |
| 7/13/2015  | NM  | Drafting opposition to motion to dismiss, conference with LL                                                                                                                                | 6.10  |        |
|            | LML | reviewed d's motion to dismiss; office conf with NM re opp to same; reveiwed file; prepared for and attended Telephone conference with court and d's re settlement; Telephone conference with JB re same | 2.50  |        |
| 7/15/2015  | LML | emails with team re P's tip sheets and discovery                                                                                                                                            | 0.20  |        |
| 7/16/2015  | NM  | Reviewing and revising memorandum of law in opposition, drafting affirmation in opposition, conference with JM                                                                              | 2.00  |        |
|            | LML | Telephone conference with KBM re case status and strategy                                                                                                                                   | 0.50  |        |
| 7/17/2015  | NM  | Revised memorandum of law and affirmation, drafted table of contents/authorities, filed motion                                                                                              | 2.20  |        |
| 7/20/2015  | CI  | checked judges' rules for submission of courtesy copies                                                                                                                                     | 0.10  |        |
| 7/21/2015  | LML | prepared for sett conf with court; emails with PD re same and doc review; emails with LBL re same                                                                                           | 0.40  |        |
| 7/23/2015  | CI  | Prepared NOA, stip, and corresp letter for mailing, mailed to court                                                                                                                         | 0.60  |        |
|            | LML | revised letter to court re 216b briefing schedule; emails with d's re same; e-filed letter; reviewed ds reply on motion to dismiss and exhibits; emails with team re same and reviewing with clients | 1.30  |        |
| 7/27/2015  | NM  | Reviewing docket and 216(b)motion and declarations, reviewed memorandum and order denying certification of collective action                                                                | 1.00  |        |
| 7/28/2015  | NM  | Editing 216(b) motion                                                                                                                                                                       | 3.70  |        |
|            | LML | emails with team re 216b motion and affidavits; reviewed affidavits and file re same                                                                                                        | 0.50  |        |
| 7/29/2015  | NM  | Editing 216(b) motion                                                                                                                                                                       | 3.30  |        |
| 7/30/2015  | NM  | Drafting 216(b) motion                                                                                                                                                                      | 7.90  |        |
|            | LML | office conf with NM re 216b motion and case status; reviewed file                                                                                                                           | 0.40  |        |
| 7/31/2015  | NM  | Editing 216(b) motion                                                                                                                                                                       | 4.70  |        |
|            | LML | office conf with JN re reviewing 216b motion and filing                                                                                                                                     | 0.20  |        |
| 8/3/2015   | LML | reviewed ECF bounce on 216b motion filing; emails to NM re bundle rule                                                                                                                      | 0.20  |        |
| 8/4/2015   | NM  | Reviewed court's order, prepared certificate of service, prepared motion for conditional certification for serving on opposing counsel, telephone conference with Chambers                  | 0.70  |        |
| 8/6/2015   | LML | Telephone conference with bankruptcy attorney re case status                                                                                                                                | 0.30  |        |
| 8/19/2015  | NM  | Attn to file re: Defendants' opposition to conditional certification                                                                                                                        | 0.60  |        |
|            | LML | reviewed d's opp; reviewed file; emails with team re same and strategy                                                                                                                      | 1.50  |        |
| 8/20/2015  | LML | Telephone conference with LBL and new client K. Speina re arbitration contracts; reviewed declaration re same; emails with LBL re same and filing motion with the court                     | 0.50  |        |
| 8/21/2015  | NM  | Attn to file re: opposition to 216(b) motion, conference with LL                                                                                                                            | 0.80  |        |

|            |     |                                                                                                                                                                                                                                                                                                                                           | Page | 3      |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|
|            |     |                                                                                                                                                                                                                                                                                                                                           | Hours | Amount |
| 8/21/2015  | LML | reviewed d's opp; office conf with NM re reply to 216b and strategy                                                                                                                                                                                                                                                                        | 1.00 |        |
| 8/24/2015  | NM  | Drafting reply memorandum for 216(b) motion                                                                                                                                                                                                                                                                                                | 4.20 |        |
| 8/25/2015  | NM  | Drafting reply memorandum in support of 216(b) motion, conducting legal research on admissibility of settlement negotiations, post litigation arbitration agreements, certification of collective action                                                                                                                                    | 8.60 |        |
| 8/26/2015  | NM  | Drafting reply memorandum for 216(b) motion, reviewed memo on evidence of settlements,                                                                                                                                                                                                                                                     | 7.10 |        |
|            | CI  | Attention to absent responses from the court re: stipulation consenting to e-filing and stipulation consenting to extending time to answer D's motion; involved legal research on civil procedure and multiple phone calls with the Nassau County Clerk's office, e-filing department, motion support, and judgments and orders dept. Wrote email to KM and GS informing of updates on both stipulations and actions needed moving forward | 0.80 |        |
|            | CI  | organized and reviewed all files in state and federal case; placed incorrectly placed docs in correct folder within the two cases                                                                                                                                                                                                          | 0.40 |        |
| 8/27/2015  | NM  | Drafted declaration for LaDonna Lusher, prepared exhibit                                                                                                                                                                                                                                                                                   | 0.40 |        |
|            | SL  | Litigation strategy meeting with LL: re motion to preclude arbitration agreements.                                                                                                                                                                                                                                                         | 0.20 |        |
|            | SL  | Preparation of letter motion to strike and cease defendants' improper communications with putative class members.                                                                                                                                                                                                                           | 3.60 |        |
|            | SL  | Performed legal research re arbitration agreements executed in response to litigation.                                                                                                                                                                                                                                                     | 1.40 |        |
|            | LML | reviewed/revised reply for 216b motion; office conf with NM re same; office conf with SLK re letter to J. Azrack re arbitration agreements; Telephone conference with LBL re same; reviewed agreement and declaration from client                                                                                                           | 6.00 |        |
| 8/28/2015  | NM  | Revising reply memorandum, drafting Telephone call to opposing counsel, filed motion, defendant's opposition, and reply, reviewed pre-motion conference letter and filed same                                                                                                                                                                | 5.00 |        |
|            | LML | reviewed/revised reply for 216b motion; office conf with NM re same; reviewed/revised letter to J. Azrack re arbitration agreements; emails with LBL re same; reviewed agreement and declaration from client                                                                                                                               | 4.50 |        |
|            | SL  | Revise and finalize application re defendants' improper communications and arbitration agreements.                                                                                                                                                                                                                                         | 2.40 |        |
|            | SL  | Further shepardize case law re enforceability of arbitration agreements when signed after lawsuit commenced.                                                                                                                                                                                                                               | 1.30 |        |
| 8/31/2015  | NM  | Telephone conference with ECF Help Desk, filed corrected exhibits, conference with CI re:courtesy copies                                                                                                                                                                                                                                   | 0.50 |        |
|            | CI  | prepared for mailing and mailed courtesy copies of (1) Plaintiff's Notice of Motion to permit Court-supervised notification to members of putative collective pursuant to the Fair Labor Standards Act, 29 U.S.C. §216(b), tolling of the statute of limitations, and further relief; (2) Declaration of LaDonna Lusher; (3) Exhibits A - G; and (3) Plaintiffs' Reply Memorandum of Law in Further Support; | 0.90 |        |
|            | CI  | drafted corresp letter with court re submission of courtesy copies for motion to permit Court-supervised notification to members of putative collective pursuant to the Fair Labor Standards Act                                                                                                                                            | 0.20 |        |
|            | CI  | Performed legal research re judge's rules for submission of courtesy copies                                                                                                                                                                                                                                                                | 0.20 |        |

Louie's Seafood

|  |  |  | Page | 4 |
|---|---|---|---|---|
|  |  |  | Hours | Amount |
| 9/1/2015 | LML | Telephone conference with MT re d's termination of K. Speina and strategy | 0.20 |  |
| 9/4/2015 | LML | emails with MT re termination of K. SPeina and police report | 0.20 |  |
| 9/10/2015 | LML | Litigation strategy meeting with/re:LA, Telephone conference with MT, legal research and doc review. Call to Brian S re tip sharing and tax issue. | 1.10 |  |
|  | LRA | Litigation strategy meeting with/re:LL, Telephone conference with MT, legal research and doc review. Call to Brian S re tip sharing and tax issue. | 1.10 |  |
|  | LML | Reviewed/revised K. Speina declaration; Telephone conference with B. Cohen and K. Speina re same and termination and police report; reviewed client's paystubs | 1.00 |  |
| 9/16/2015 | LML | reviewed file; researched case law re amending complaint for retaliation and paystub violations; drafted ltr re motion to amend; emails with team re same | 4.00 |  |
| 9/17/2015 | LML | reviewed proposed discovery demands; emails with team re serving same and status; reviewed file and case law re amending complaint for retaliation and paystub violations | 2.20 |  |
| 10/7/2015 | NM | Attn to file re: decision issued in state court action | 0.10 |  |
|  | LML | reviewed research on 191 and 193 damages; reviewed court's order re d's motion to dismiss and P's extension on class certification; office conf with LA and JN re lit strategy | 1.80 |  |
| 10/15/2015 | NM | Conference with LL re: amending complaint, reviewing case law on tip credit law | 0.40 |  |
| 10/16/2015 | NM | Researching Labor Law 146, drafting pre-motion conference letter, conference with LL | 4.20 |  |
|  | LML | reviewed file re opt-in discovery responses; emails with team re same; office conf with NM re letter to amend complaint and 137 claim | 0.60 |  |
| 10/19/2015 | NM | Drafting pre-motion conference letter, conducting research on tip credit claims | 2.90 |  |
|  | LML | reviewed article on 137 wage notice claim and cases against TGI Fridays; emails with NM and KBM re same; reviewed deficiency letter from D's; emails with LBL re responses from opt-in plaintiff and case strategy | 0.60 |  |
| 10/20/2015 | NM | Drafting pre-motion conference letter | 2.60 |  |
| 10/26/2015 | LML | emails with team re K. Speina and discovery responses; reviewed emails from K. Speina | 0.30 |  |
| 10/27/2015 | LML | emails to d's re extension on discovery responses; reviewed file; Telephone conference with team re same | 0.40 |  |
| 10/28/2015 | LML | emails with d's and team re extension on discovery responses | 0.10 |  |
| 11/4/2015 | LML | reviewed d's motion to lift bankruptcy stay | 0.50 |  |
| 11/6/2015 | LML | revised/reviewed Speina discovery responses; emails with team re same; reviewed file | 3.10 |  |
| 11/9/2015 | LML | emails with ds re discovery docs from K. Speina; reviewed docs and emailed to ds | 0.50 |  |
| 11/12/2015 | LML | emails with team re subpoena for Speina's cell records | 0.10 |  |
| 11/16/2015 | CI | Attention to attorneys on case; updated case profile to include noticed attorneys | 0.10 |  |
|  | IN | sent out documents /letter to D's counsel. | 0.10 |  |
|  | LML | reviewed d's letter re Speina doc responses; emails with MT re responding to same and subpoena of cell phone records; drafted letters to d and to T-Mobile re quashing subpoena; drafted ps objections to | 2.30 |  |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | subpoena; researched FRCP 45 | | |
| 11/18/2015 | LML | Telephone conference with ds re motion to quash and K. Speina discovery; reviewed file | 0.30 | |
| 11/19/2015 | LML | emails with ds re K. Speina discovery; emails with team re same | 0.30 | |
| 12/3/2015 | LML | reviewed discovery deficiency letter from d's; emailed verification to ds | 0.50 | |
| 12/4/2015 | LML | emails with ds re verification of Speina; office conf with LA re same | 0.30 | |
| 12/14/2015 | LML | reviewed/revised opp to motion to compel; emails and Telephone conference with BC re same; reviewed additional docs from Speina | 1.30 | |
| 12/21/2015 | CI | Docket re: downloaded D's opp papers for motion to dismiss and saved into case file | 0.30 | |
| 12/29/2015 | CI | Calendar re: pretrial conf on 4/27 | 0.10 | |
| | LML | reviewed court's order re granting 216b and leave to file motion to strike arbitration agreements | 1.10 | |
| 12/30/2015 | LML | reviewed court's order re deadlines for arbitration motion and 216b notice; emails with team re same and strategy; reviewed file | 1.20 | |
| | LRA | Reviewed decision and order, underlying motions | 1.50 | |
| 1/4/2016 | SL | Litigation strategy meeting with LL re anticipated motion re arbitration agreements and status of 216(b) notice. | 0.20 | |
| | LML | office conf with SLK re 216b notice and motion to strike arb agreements; reviewed d's notices of deposition; emails and Telephone conference with LBL re same | 0.80 | |
| 1/5/2016 | SL | Preparation of revised notice and publication order, in accordance with Judge's Order. | 2.20 | |
| | SL | Performed legal research re arbitration agreements to update and shepardize cited authority. | 1.80 | |
| 1/6/2016 | SL | Preparation of letter motion to strike arbitration agreements. | 2.20 | |
| | SL | Revise letter motion; conference with MT re revisions to same. | 0.80 | |
| 1/12/2016 | LML | reviewed/revised motion to strike arb agreements; emails with team re same | 1.20 | |
| 1/13/2016 | SL | Revise, finalize and e-file motion to strike arbitration agreements. | 0.50 | |
| 1/15/2016 | LML | reviewed d's opp to motion to strike arb agreements; emails with team re same and reply; reviewed court's order re getting reply and mailing date for 216b notice; emails and office conf with IN and SLK re mailing 216b notice | 1.30 | |
| 1/18/2016 | LML | reviewed/revised 216b notice and publication order and emailed to ds; emails with team re discovery and EBTs; reviewed court's order granting 216b; reviewed ds changes to notice; emails with team re same | 2.30 | |
| 1/19/2016 | SL | Further revise notice of lawsuit, publication order and consent to join form, incorporating the court's edits and defendants' revisions. | 2.30 | |
| | IN | prepared mailing list and labels for 150 class members | 2.30 | |
| 1/21/2016 | IN | prepared labels for mass mailing | 1.70 | |
| | LML | reviewed d's changes to 216b notice and pub order; Telephone conference with d's re same and EBTs; revised notice, claim form and pub order and emailed docs to ds; emails with team re scheduling EBTs | 1.00 | |
| 1/22/2016 | LML | reviewed d's changes to pub order re reminder text message; emails with ds re potential violations of TCPA; researched TCPA; office conf with JM and emails with Mt re same | 2.00 | |
| 1/25/2016 | IN | mailing of Notice and Consent to Join, emailed English and Spanish translation to be certified. | 4.30 | |
| | LML | emails with IC and IN re getting notice and claim form translated and certified; emails with ds re scheduling EBTs | 0.30 | |

|  |  |  | Page | 6 |
|---|---|---|---|---|
|  |  |  | Hours | Amount |
| 1/26/2016 | IN | continued with preparing mailing of Notice and Consent to Join | 1.80 |  |
| 1/27/2016 | IN | emails with GES Translation Service regarding sending of the certified translation | 0.20 |  |
|  | IN | mass mailing of Notice and Consent (151 clients) | 1.60 |  |
|  | LML | sent final notice and claim form to ds; emails with ds re posting notice in restaurant | 0.40 |  |
| 1/28/2016 | IN | completed mass mailing of Notice and Consent (151 clients) | 4.60 |  |
| 2/1/2016 | LML | revised Gunning consent to withdrawal; emails with team re scheduling EBTs and conf call to discuss case strategy | 0.50 |  |
| 2/3/2016 | LML | reviewed court's decision on ds motion to compel; Telephone conference with team re status and strategy; reviewed consent to join forms; Telephone conference with MT re follow-up with opt-ins | 1.40 |  |
| 2/4/2016 | IN | scan/save of received certified translations updated spreadsheet with new addresses | 0.30 |  |
|  | LML | emails with team re EBT prep and scheduling EBTs | 0.20 |  |
| 2/5/2016 | IN | sent out Notice to clients whose mail came back. | 0.30 |  |
|  | SL | Review of defendant's baseless letter motion re sanctions for 216(b) notice; review and revise draft letter motion in response. | 0.40 |  |
|  | LML | reviewed d's motion to court re decert and court approved notice; drafted and e-filed opp to same; emails with team re same and strategy; reviewed file | 2.40 |  |
| 2/9/2016 | IN | Attention to Lexis Advance research for clients addresses | 1.10 |  |
|  | LRA | Attn to court order re 216b publication, Telephone conference with JB, MT re same and 80/20 issue | 0.30 |  |
|  | LML | Telephone conference with MT re K. Speina claim and discovery; reviewed court's order re d's motion to decert; office conf with LA re same | 0.70 |  |
| 2/10/2016 | SL | Litigation strategy meeting with LL re upcoming depositions steps to be taken. | 0.20 |  |
| 2/11/2016 | IN | made calls to clients whose mail was returned, re-sent the Notice/Consent to Join researched addresses through Lexis Advance, updated the spreadsheet | 0.80 |  |
|  | CI | Performed legal research re new addresses for clients in which we received returned claim forms | 0.40 |  |
|  | SL | Meeting with named plaintiff (Joe) and MT and BC in preparation for upcoming deposition. | 1.80 |  |
|  | SL | Teleconference with opt-in plaintiff (CU) re claims in this action and to obtain facts regarding his work experience. | 0.40 |  |
|  | LML | emails and Telephone conference with SLK re follow-up with 216b optins and EBT prep and 80/20 claim; reviewed info from JB re same | 0.40 |  |
| 2/16/2016 | IN | updated spreadsheet re. returned notices | 0.20 |  |
|  | LML | reviewed list of EEs who signed arbitration agreements from d's; reviewed consents to join and saved to file; reviewed emails and statutes re 80/20 claim with team | 1.30 |  |
| 2/18/2016 | IN | sent out Notice to clients from server arbitration agreement list and some returns. | 2.70 |  |
|  | SL | Litigation strategy meeting with LL re how to proceed with outstanding discovery. | 0.20 |  |
|  | LML | emails with team re discovery and opt-in claims and strategy; emails with ds re same | 0.40 |  |
| 2/19/2016 | SL | Review of DOL investigation. Assess how to proceed. | 0.40 |  |

|            |     |                                                                                                                                                                         | Hours | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 2/19/2016  | SL  | Litigation strategy meeting with LL and MT re how to proceed.                                                                                                           | 0.20  |        |
|            | LML | reviewed DOL finding; emails with team re same and new opt-in claims and strategy;                                                                                      | 0.50  |        |
| 2/22/2016  | IN  | address research for returned Claims                                                                                                                                    | 0.20  |        |
| 2/23/2016  | LML | emails with ds and team re scheduling EBTs; emails with ds re second notice mailing                                                                                     | 0.30  |        |
| 2/24/2016  | SL  | Litigation strategy meeting with LL re upcoming depositions and how to proceed with case, e.g. potential for settlement.                                                | 0.20  |        |
|            | LML | emails with ds re mailing notice to arbitration k employees; reviewed file re same; office conf with SLK re case status and strategy and opt-ins claims                 | 0.50  |        |
| 2/25/2016  | LML | Telephone conference with SLK re opt-in claims and EBTs and strategy and status; emails wtih BC re EBT dates                                                            | 0.40  |        |
|            | SL  | Teleconference with opt-in plaintiff to assess value of damages and obtain further facts.                                                                                | 0.50  |        |
|            | SL  | Performed legal research re potential 80/20 claim.                                                                                                                      | 1.30  |        |
|            | SL  | Litigation strategy meeting with LL re facts recently obtained and potential for settlement.                                                                            | 0.20  |        |
| 2/26/2016  | IN  | updated spreadsheet re. returned mail                                                                                                                                   | 0.20  |        |
|            | IN  | Lexis Advance address search                                                                                                                                            | 0.10  |        |
|            | LML | Telephone conference with ds re requesting ext on discovery and case status and potential settlement; debrief with LA re strategy; reviewed Shea decision               | 1.30  |        |
| 2/28/2016  | LML | reviewed/revised letter to court re extension on discovery; emails with ds re same and EBTs; emails with SL re same and strategy                                        | 1.00  |        |
| 3/3/2016   | CI  | Calendar re: final conf on 6/28                                                                                                                                         | 0.10  |        |
|            | SL  | Litigation strategy meeting with MT re defendants' recent letter motion, discovery notices and how to proceed.                                                          | 0.30  |        |
|            | SL  | Review of defendants' baseless discovery motion and multiple discovery notices; assess how to proceed.                                                                  | 0.30  |        |
| 3/7/2016   | SL  | Litigation strategy meeting with LL re upcoming depositions, letter motion re subpoena, potential settlement demand and steps to be taken next.                         | 0.20  |        |
|            | SL  | Review of defendants' motion to compel phone records; assess how to proceed e.g. motion to quash; preparation of letter motion in opposition.                           | 0.60  |        |
|            | CI  | assisted GS in locating 3/7 order and notice of entry                                                                                                                   | 0.10  |        |
|            | LML | reviewed ds motion to compel; Telephone conference with SLK re same and strategy and potential for settlement and motion to quash; reviewed file                        | 1.10  |        |
| 3/8/2016   | SL  | Performed legal research re standard to quash confidential records.                                                                                                     | 0.80  |        |
|            | SL  | Preparation of letter motion in opposition to motion to compel phone records. Efile same.                                                                               | 1.90  |        |
|            | SL  | Preparation of settlement calculations.                                                                                                                                 | 0.90  |        |
|            | LML | reviewed/revised opp to ds motion to compel; Telephone conference and emails with SLK re same and settlement; reviewed/revised damages spreadsheet and reviewed file; office conf with LA re status and strategy | 1.80  |        |
| 3/14/2016  | LML | emails with team re case status and EBTs                                                                                                                                | 0.20  |        |
| 3/16/2016  | LML | Telephone conference with ds re EBTs and potential settlement; emails with team re same                                                                                 | 0.40  |        |

Page     8

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 3/17/2016 | LML | reviewed court's order granting d's motion to compel; emails with team re same and strategy | 0.40 | |
| 3/21/2016 | IN | update of mail responses into spreadsheet | 0.10 | |
| 3/23/2016 | LRA | Litigation strategy meeting with/re: Jeff, Ladonna | 0.30 | |
| 4/6/2016 | LML | reviewed records from T-mobile subpoena; emails with team re same; emails with ds re status | 0.40 | |
| 5/2/2016 | LML | reviewed letter and subpoena from Ds; Telephone conference and emails with LBL re same and strategy; reviewed TMobile records | 0.50 | |
| 5/3/2016 | LRA | Litigation strategy meeting with/re: LL, call to Austin, post call with JB | 0.70 | |
| | LML | reviewed file and proposed settlement demand to ds; Telephone conference with ds re same office conf with LA re status and strategy | 2.00 | |
| 5/4/2016 | LML | reviewed letter from ds rejecting settlement offer; office conf with LA re same and case status and strategy | 0.50 | |
| 5/5/2016 | LRA | Reviewed AG's letter re discovery and settlement.  Office and Telephone conference with  JB, LL, MT | 0.40 | |
| | LRA | File and case status review & litigation strategy meeting with/re: JB | 0.50 | |
| | LRA | Reviewed and revised deficiency letter to D's. | 0.50 | |
| | LRA | Reviewed and revised final deficiency draft, transmitted to D | 0.50 | |
| | LML | emails with team re letters to court to amend complaint and quash ds subpoena; reviewed file | 0.30 | |
| 5/6/2016 | LML | reviewed file and proposed letters to court re motion to compel and subpoena; multi emails with LBL re same and strategy and discovery status; reviewed docs produced by ds and clients docs | 4.30 | |
| 5/9/2016 | LRA | Reviewed pre motion letter to quash subpoenas, office conf with LL, call to Mt | 0.70 | |
| | LRA | Telephone conference with AG (D's counsel) | 0.10 | |
| | LML | Telephone conference with  ds re discovery disputes and subpoena for EBT of BC; multi office conf with LA and M Tompkins re discovery status and strategy | 0.40 | |
| 5/10/2016 | LRA | Prepared for and attend meet and confer with LL, MT and AGraff. Drafted post call summary and circulated.  Revised and to Graff | 1.00 | |
| | LML | Telephone conference with  ds re discovery deficiencies and status; debrief with LA re strategy | 0.40 | |
| 5/12/2016 | LRA | Completed meet and confer agreement, call with AG re terms | 0.40 | |
| | LRA | Reviewed and revised MT/LL pre-motion letter to amend, office conf wioth LL re same and call to MT | 0.60 | |
| | LML | drafted letters to court re motion to amend and motion to quash; reviewed file and orders re same | 5.60 | |
| 5/13/2016 | LML | reviewed/revised motion to quash subpoena to depose BC; emails with team re same | 1.20 | |
| 5/16/2016 | CI | e-filed letter-motion to amend complaint and supporting exhibits | 0.20 | |
| | CI | e-filed letter motion to quash subpoena | 0.20 | |
| | CI | e-filed letter motion requesting discovery conference | 0.20 | |
| | LRA | Reviewed letter motion to amend.  Reviwed case file, docket, pleadings | 0.40 | |
| 5/19/2016 | LRA | Reviewd D's response to P's request for premotion conf , docket | 0.40 | |
| | LRA | reviewed proposed coonfidentiality stip/order | 0.30 | |
| | LRA | Reviewed MT's proposed Paychex subpoena, conf withg MT re same | 0.50 | |
| | LML | reviewed ds opp to motion to quash and opp to motion to amend complaint | 0.40 | |
| 5/23/2016 | LRA | Reviewed deposition schedule for P's. Reviewed file re required deponents form D's | 0.20 | |

Page      9

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 5/24/2016 | LRA | Reviewed and revised proposed deficiency letter to Graff.  Numerous calls with MT,  Finalized letter and transmitted | 1.60 | |
| 5/30/2016 | LRA | REviewed items, documents from MT, reviewed and revised premotion letter, confidentiality stipulation | 1.30 | |
| 5/31/2016 | LML | Telephone conference with   MT re motion to compel and d's discovery response; reviewed emails re same and letter to ds; office conf with LA re same | 0.40 | |
| | LRA | Reviewed and revised MT's final premotion letter, discovery responses and exhibits | 1.00 | |
| 6/6/2016 | LRA | Document and premotion review in prep for Wed court conf.  Numerous Telephone conferences with MT, JB | 1.60 | |
| 6/7/2016 | CI | Performed legal research re court decisions for LL; located, downloaded, printed for LL's review | 0.40 | |
| | LML | Prepared for court conf on motion to amend, motion to quash and motion to compel; Telephone conference with   LBL and LA re same and strategy; reviewed docket and case law | 5.80 | |
| 6/8/2016 | LML | Prepared for and attended court conference, travel to Central Islip; debrief with LA; reviewed motions to quash, compel and amend complaint | 5.80 | |
| 6/15/2016 | LML | reviewed/revised confidentiality stip; Telephone conference with   ds re same and potential settlement; office conf with LA re same and lit strategy | 1.30 | |
| 6/22/2016 | LRA | Prepared for, travel and attend in-person settlement conf @ Sher firm | 4.10 | |
| | LRA | Reviewed and revised term sheet calls to Mt and AG | 0.60 | |
| 8/22/2016 | LRA | Performed legal research re Azrack decision | 0.40 | |
| 8/25/2016 | LRA | Performed legal research re settlement in Spring Scaffold case (Judge Azrack).  REviewed and revised docs for Autin review | 0.70 | |
| 9/6/2016 | IN | scan/file of attorney notes | 0.10 | |
| 10/21/2016 | LRA | Prepared for and attended court conference (tel conf w/) | 2.00 | |
| 12/16/2016 | CI | drafted table of contents, table of authorities, and cover letter for memo of law for preliminary approval of settlement; drafted notice of motion; reviewed and made edits to memo of law, prepared all motion papers for filing, e-filed | 3.20 | |
| 5/10/2017 | CI | Calendar re: 6/6 conference | 0.10 | |
| 6/8/2017 | CI | Calendar re: **telephone status conference is scheduled on 6/15/2017 at 12:00 PM** | 0.10 | |
| 6/15/2017 | LRA | Prepared for and attended court conference call | 1.60 | |
| 8/15/2017 | LRA | Call to A Graff, revised settlement and notice per court directions. Circulated. | 1.00 | |
| 9/25/2017 | LRA | court conf and revised settlement to court | 1.00 | |

**For professional services rendered**           **304.80 $111,317.00**

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 7/16/2015 | $PACER fee<br>Pacer Fee - 2nd Qtr Invoice | 1.00 |
| 7/20/2015 | Postage<br>Postage to forward working copies of opp papers to centralized motion part via certified mail | 8.99 |
| 8/4/2015 | Postage<br>Postage to serve motion papers on counsel | 3.18 |

|  |  | Page | 10 |
|---|---|---|---|
|  |  |  | <u>Amount</u> |
| 10/8/2015 | $Legal Research<br>LexisNexis-September billing |  | 2.17 |
| 10/13/2015 | $PACER fee<br>Pacer Billing from 7-01-15 - 09-30-15 |  | 1.70 |
| 10/14/2015 | $PACER fee<br>Pacer Billing from 7-01-15 - 09-30-15 |  | 1.20 |
|  | $PACER fee<br>Pacer Billing from 7-01-15 - 09-30-15 |  | 0.80 |
|  | $PACER fee<br>Pacer Billing from 7-01-15 - 09-30-15 |  | 1.60 |
|  | $PACER fee<br>Pacer Billing from 7-01-15 - 09-30-15 |  | 0.80 |
|  | $PACER fee<br>Pacer Billing from 7-01-15 - 09-30-15 |  | 4.20 |
| 10/15/2015 | $PACER fee<br>Pacer Billing from 7-01-15 - 09-30-15 |  | 0.30 |
| 10/16/2015 | $PACER fee<br>Pacer Billing from 7-01-15 - 09-30-15 |  | 2.10 |
|  | $PACER fee<br>Pacer Billing from 7-01-15 - 09-30-15 |  | 2.80 |
|  | $PACER fee<br>Pacer Billing from 7-01-15 - 09-30-15 |  | 1.00 |
|  | $PACER fee<br>Pacer Billing from 7-01-15 - 09-30-15 |  | 5.00 |
|  | $PACER fee<br>Pacer Billing from 7-01-15 - 09-30-15 |  | 0.90 |
|  | $PACER fee<br>Pacer Billing from 7-01-15 - 09-30-15 |  | 4.70 |
|  | $PACER fee<br>Pacer Billing from 7-01-15 - 09-30-15 |  | 3.10 |
|  | $PACER fee<br>Pacer Billing from 7-01-15 - 09-30-15 |  | 0.20 |
|  | $PACER fee<br>Pacer Billing from 7-01-15 - 09-30-15 |  | 9.90 |
|  | $PACER fee<br>Pacer Billing from 7-01-15 - 09-30-15 |  | 1.00 |
| 10/19/2015 | $PACER fee<br>Pacer Billing from 7-01-15 - 09-30-15 |  | 0.20 |
|  | $PACER fee<br>Pacer Billing from 7-01-15 - 09-30-15 |  | 1.00 |
| 11/2/2015 | $Legal Research<br>Lexis Nexus #3090360480 - October 2015 |  | 22.08 |
| 11/13/2015 | $Legal Research<br>CourtLink<br>Invoice Number: EA-648784 |  | 0.04 |
|  | $Legal Research<br>CourtLink<br>Invoice Number: EA-648784 |  | 0.12 |
|  | $Legal Research<br>CourtLink<br>Invoice Number: EA-648784 |  | 0.07 |

Louie's Seafood

|  |  | Page | 11 |
|---|---|---|---|
|  |  |  | Amount |
| 11/13/2015 | $Legal Research<br>CourtLink<br>Invoice Number: EA-648784 |  | 0.27 |
| 12/8/2015 | $Legal Research<br>CourtLink<br>Invoice Number: EA-652218 |  | 5.74 |
| 1/11/2016 | $PACER fee<br>Pacer Billing from 10/01/15 - 12/31/15, Invoice #: 2657597-Q42015 |  | 1.50 |
| 1/13/2016 | $Legal Research<br>CourtLink<br>Invoice Number: EA-655685 |  | 2.78 |
| 1/27/2016 | $Translation<br>GES - Invoice #012516D |  | 155.00 |
| 2/2/2016 | $Legal Research<br>Lexis Nexus - January 2016 |  | 18.00 |
| 2/18/2016 | Postage<br>Postage - outgoing and return mail |  | 36.48 |
| 3/8/2016 | $Legal Research<br>Lexis Nexus - February 2016 |  | 188.18 |
|  | $Legal Research<br>Lexis Nexus - February 2016 |  | 58.01 |
| 3/17/2016 | $Legal Research<br>CourtLink<br>Invoice Number: EA-662553 |  | 2.26 |
| 4/14/2016 | $Legal Research<br>Courtlink - March 2016 - Invoice #: EA- 666086 |  | 2.70 |
| 4/22/2016 | $Legal Research<br>Lexis Nexus - March 2016 - Invoice #: 3090502138 |  | 23.52 |
| 5/5/2016 | $PACER fee<br>Pacer Billing from 01/01/16 - 3/31/16, Invoice #: 2657597-Q12016 |  | 5.00 |
|  | $PACER fee<br>Pacer Billing from 01/01/16 - 3/31/16, Invoice #: 2657597-Q12016 |  | 0.80 |
|  | $PACER fee<br>Pacer Billing from 01/01/16 - 3/31/16, Invoice #: 2657597-Q12016 |  | 36.30 |
| 5/13/2016 | $Legal Research<br>Courtlink - April 2016 - Invoice #: EA- 669634 |  | 3.31 |
| 6/13/2016 | $Legal Research<br>Courtlink - May 2016 - Invoice #: EA- 673149 |  | 2.60 |
| 7/6/2016 | $Legal Research<br>Lexis Nexus - June 2016 - Invoice #: 3090592788 |  | 0.76 |
|  | $Legal Research<br>Lexis Nexus - June 2016 - Invoice #: 3090592788 |  | 12.19 |
| 7/14/2016 | $Legal Research<br>Courtlink - June 2016 - Invoice #: EA- 676702 |  | 4.31 |
| 8/18/2016 | $Legal Research<br>Courtlink - July 2016 - Invoice #: EA- 680284 |  | 3.45 |
| 9/19/2016 | $Legal Research<br>Courtlink - August 2016 - Invoice #: EA- 683881 |  | 2.42 |
| 10/10/2016 | $PACER fee<br>Third Quarter 2016 |  | 2.50 |

|  |  | Amount |
|---|---|---:|
| 10/14/2016 | $Courtlink | 4.06 |
| 12/13/2016 | $Legal Research | 3.86 |
|  | Courtlink - Invoice #: EA- 691115 |  |
| 12/28/2016 | $Legal Research | 2.80 |
|  | Courtlink - Invoice #: EA- 694693 |  |
| 1/23/2017 | $Legal Research | 3.23 |
|  | Courtlink - Invoice #: EA- 698314 |  |
| 3/10/2017 | $Legal Research | 2.42 |
|  | Courtlink - Invoice #: EA- 702027 |  |
| 3/31/2017 | $Legal Research | 2.51 |
|  | Courtlink - Invoice #: EA- 705751 |  |
| 4/13/2017 | $Legal Research | 2.67 |
|  | Courtlink - Invoice #: EA- 709561 |  |
| 5/17/2017 | $Legal Research | 2.51 |
|  | Courtlink - Invoice #: EA- 714345 |  |
| 6/13/2017 | $Legal Research | 2.65 |
|  | Courtlink - Invoice #: EA- 718129 |  |
| 7/20/2017 | $Legal Research | 2.85 |
|  | Courtlink - Invoice #: EA- 721979 |  |
| 7/28/2017 | $PACER fee | 6.40 |
|  | Pacer Billing from 04/01/17 - 06/30/17, Second Quarter 2017 |  |
| 8/23/2017 | $Legal Research | 3.27 |
|  | Courtlink - Invoice #: EA- 725944 |  |
|  | **Total costs** | **$687.46** |
|  | **Total amount of this bill** | **$112,004.46** |

Attorney Summary

| Name | Hours | Rate |
|---|---:|---:|
| LaDonna Lusher | 128.30 | 450.00 |
| Lloyd Ambinder | 30.30 | 525.00 |
| Nicole Marimon | 84.30 | 260.00 |
| Suzanne Leeds | 29.70 | 395.00 |
| Christina Isnardi | 9.50 | 125.00 |
| Iwona Ner | 22.70 | 125.00 |