UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SPAGNUOLI and JOSEPH VESELAK, individually and on behalf of other persons similarly situated who were employed,<br><br>Plaintiffs,<br><br>-against-<br><br>LOUIE'S SEAFOOD RESTAURANT, LLC and/or any other entities affiliated with, controlling, or controlled by LOUIE'S SEAFOOD RESTAURANT, LLC, and/or MARTIN PICONE and MICHAEL GUINNANE,<br><br>Defendants | No.: 13-CV-4907(JMA)(ARL)<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT** |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Michael A. Tompkins, Esq., sworn to on Jan. 29, 2018, and all exhibits attached thereto, along with the memorandum of law in support, the undersigned will respectfully move this Court, at the United States Courthouse for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York, 11722, before the Honorable Joan M. Azrack, for Plaintiffs' unopposed motion for an Order (1) approving the settlement as fair, reasonable, and adequate for both Rule 23 Class Members and FLSA Opt-ins, (2) binding all Rule 23 Class Members who have not timely opted out to the Released State Law Claims as set forth in the Agreement, (3) dismissing the litigation with prejudice, and (4) such other and further relief as this Court deems just and proper.

Dated: Carle Place, New York
       Jan. 29, 2017

        Respectfully submitted,

         *Michael A. Tompkins*

LEEDS BROWN LAW, P.C.
Michael Tompkins, Esq.
One Old Country Road, Suite 347
Carle Place, New York 11514
Tel:    (516) 873-9550
mtompkins@leedsbrownlaw.com

&

VIRGINIA & AMBINDER, LLP
Lloyd R. Ambinder, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
Tel:    (212) 943-9080
lambinder@vandallp.com

*Attorneys for Plaintiffs and the Settlement Class*