Brett Cohen
Michael Tompkins
Maria Pellegrini
**LEEDS BROWN LAW, PC**
1 Old Country Rd., Ste., 347
Carle Place, NY 11514

Lloyd Ambinder
**VIRGINIA & AMBINDER, LLP**
40 Broad St., FL 7
New York, NY 10004

*Attorneys for Plaintiff and the Class*

Austin Graff
**THE SCHER LAW FIRM, LLP**
1 Old Country Rd., Ste., 835
Carl Place, NY 11514

*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SPAGNUOLI and JOSEPH VESELAK, individually and on behalf of other persons similarly situated who were employed, <br><br> Plaintiff, <br><br> against <br><br> LOUIE'S SEAFOOD RESTAURANT, LLC and/or any other entities affiliated with, controlling, or controlled by LOUIE'S SEAFOOD RESTAURANT, LLC, and/or MARTIN PICONE and MICHAEL GUINNANE, <br><br> Defendants. | Case No. 13-cv-4907 <br><br> Hon. Joan M. Azrack <br><br> **CLASS ACTION** <br><br> **DECLARATION OF LINDSAY KLINE REGARDING NOTICE AND SETTLEMENT ADMINISTRATION** |

## DECLARATION OF LINDSAY KLINE

I, LINDSAY KLINE, hereby declare:

1. I am employed as a Case Manager by Simpluris, Inc. ("Simpluris"), the claims administrator in the above-entitled action. Our Corporate Office address is 3194-C Airport Loop Dr., Costa Mesa, CA 92626. My telephone number is (714) 640-5635. I am over twenty-one years of age and authorized to make this declaration on behalf of Simpluris and myself.

2. Simpluris is a Class Action Settlement Administration company located in Costa Mesa, California. It was founded by individuals who have each managed hundreds of settlements, along with professionals in the areas of Software Development, Third-Party Claims Administration, Mail-House Operations, and Call Center Support Management.

3. Simpluris was approved by Counsel for Michael Spagnuoli and Joseph Veselak ("Plaintiffs"), and Louie's Seafood Restaurant, LLC ("Defendant"), (collectively the "Parties"), to provide settlement administration services in the *Spagnuoli, et al v. Louie's Seafood Restaurant, LLC, et al,* case ("Settlement"). In this capacity, Simpluris was charged with (a) establishing and maintaining a related settlement fund account; (b) establishing and maintaining a calendar of administrative deadlines and responsibilities; (c) processing and mailing payments to the Plaintiffs, Class Counsel and Claimants; (d) printing and mailing the Notice of Proposed Class Action Settlement and the Claim Form to Class Members; (e) receiving and validating Claim Forms submitted by Class Members (f) receiving and validating Requests for Exclusion, Objections or Disputes of Work Weeks submitted by Class Members; (g) calculating Employer Payroll Taxes and providing appropriate forms and calculations to Defendant; (h) mailing settlement checks, and (i) other tasks as the Parties mutually agree or the Court orders Simpluris to perform.

## TOLL FREE TELEPHONE HELPLINE

4. A toll-free telephone number was included in the Class Notice for the purpose of allowing the Class Members to call Simpluris and to make inquiries regarding the Settlement. The system is accessible in English and Spanish 24 hours a day, 7 days a week, and will remain in operation

throughout the settlement process. Callers have the option to speak with a live call center representative during normal business hours or to leave a message and receive a return call during non-business hours. Spanish-speaking representatives are available during normal business hours. The toll-free telephone number included in the Notice of Proposed Class Action Settlement was (888) 369-6080 and was live on October 20, 2017.

## NOTIFICATION TO THE CLASS

5. On October 24, 2017, Simpluris received the Court-approved Notice of Proposed Class Action Settlement and the Claim Form (hereafter "Notice Packet"). The Notice Packet advised Class Members of their right to submit a claim, request exclusion from the Settlement, object to the Settlement, do nothing, and the implications of each such action. The Notice Packet advised Class Members of applicable deadlines and other events, including the Final Approval Hearing, and how Class Members could obtain additional information.

6. On October 20, 2017, Counsel for Defendant provided Simpluris with a mailing list ("Class List") containing Class Members' names, most recent mailing address and pertinent employment information for each Class Member during the Class Period. The Class List contained data for one thousand two hundred and twelve (1,212) Class Members.

7. The mailing addresses contained in the Class List were processed and updated utilizing the National Change of Address Database ("NCOA") maintained by the U.S. Postal Service. The NCOA contains requested changes of address filed with the U.S. Postal Service. In the event that any individual had filed a U.S. Postal Service change of address request, the address listed with the NCOA would be utilized in connection with the mailing of the Notice Packets.

8. On October 30, 2017, Notice Packets were mailed to one thousand two hundred and twelve (1,212) Class Members with addresses contained in the Class List via First Class mail or updated via the NCOA search. A copy of the Notice Packet is attached hereto as **Exhibit A**.

9. If a Class Member's Notice Packet was returned by the USPS as undeliverable and without a forwarding address, Simpluris performed an advanced address search (i.e. skip trace) on all of

these addresses by using Accurint, a reputable research tool owned by Lexis-Nexis. Simpluris used the Class Member's name and previous address to locate a current address. Through the advanced address searches, Simpluris was able to locate one hundred and thirty five (135) updated addresses and Simpluris promptly mailed Notice Packets to those updated addresses. Ultimately, there were one hundred and one (101) Notice Packets that were undeliverable.

## CLAIMS AND CLAIMANT AWARDS

10. As of this date, there are one hundred and forty four (144) Class Members who submitted a valid Claim Form, for a response rate of 11.88%. These Claimants will be paid their portion of the Net Settlement Fund.

11. The Net Settlement Fund of $87,500.00 available to pay Claimants was determined by subtracting the Class Counsel's Fees and Costs ($60,000.00), Named Plaintiff Service Award ($7,500.00), and the Administration Costs ($15,000.00) from the Maximum Settlement Amount ($170,000).

12. As of this date, $87,500.00 of the Net Settlement Fund will be disbursed. The *average estimated payment* is $838.24 and the *highest estimated payment* is $7,150.00. The *average adjusted payment* is $616.20 and the *highest adjusted payment* is $5,256.03.

## REQUESTS FOR EXCLUSION, OBJECTIONS AND DISPUTES

13. As of this date Simpluris has received one (1) Requests for Exclusion from a Class Member.

14. As of this date, Simpluris has not received any Objections to the Settlement from Class Members.

15. As of this date, Simpluris has not received any Disputes of Work Weeks from Class Members.

## ADMINISTRATION COSTS

15. Simpluris' total costs for services in connection with the administration of this Settlement, including fees incurred and anticipated future costs for completion of the administration, are $15,000.00. Simpluris' work in connection with this matter will continue with the calculation of the settlement checks, issuance and mailing of those settlement checks, etc., and to do the necessary tax reporting on such payments.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 29th day of January, 2018, in Costa Mesa, CA.

*/s/ Lindsay Kline*

Lindsay Kline

---

4
DECLARATION OF LINDSAY KLINE REGARDING NOTICE AND SETTLEMENT ADMINISTRATION